1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

8
9
10
11

| | |
|---|---|
| PHILLIP WALKER, an individual, | Case No.: 2:21-cv-01858-DSF-AFM |
| Plaintiff, | *Hon. Dale S. Fischer* |
| v. | |
| OCEANGATE PROPERTY LLC, a California limited liability company; and DOES 1-10, | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | Action Filed: February 26, 2021<br>Trial Date: Not on Calendar |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Phillip Walker's action against Defendant Oceangate Property, LLC is dismissed with prejudice. Each party will be responsible for its own fees and costs.

DATED: May 11, 2021

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE